IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00109-RPM

UNITED STATES OF AMERICA,

      Petitioner,

v.

FIRST BIZ, LLC,
VASSILIOS H. GOURMOS, MANAGER/PARTNER,

      Respondents.

_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

      A hearing on this Court's order to show of June 28, 2005, was held on July 22, 2005 as scheduled.  The Government appeared by Assistant U. A. Attorney Mark S. Pestal with Anna Edwards-Jones of the Internal Revenue Service.  Respondent Vassilios H. Gourmos appeared without counsel.  Mr. Gourmos explained that his bankruptcy proceedings had been changed from Chapter 11 to Chapter 7 bankruptcy and that the trustee had books and records of the business of First Biz, LLC, as well as the personal records of Mr. Gourmos.  The Court directed that Mr. Gourmos meet with the revenue officer and resolve this matter.  It is

      ORDERED that the order to show cause is discharged.

      DATED: July 22nd, 2005

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____

                                Richard P. Matsch, Senior District Judge

Civil Action No. 05-cv-00109-RPM

Copies of the attached were mailed to the following via U.S. Mail on July 22, 2005:

Vassilios H. Gourmos
First Biz, LLC
333 S. Colorado Blvd.
Denver, CO 80246

Vassilios H. Gourmos
6854 S. Chapparel Circle West
Aurora, CO 80016

GREGORY C. LANGHAM, CLERK

s/Leslie A. Martin
_____
Deputy